

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 8, 2024

**Via ECF**
Honorable Robert Kirsch, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  Short et al. v. New Jersey Department of Education, et al.
     Docket No.: 3:23-cv-21105-RK-DEA

Dear Judge Kirsch:

I am jointly writing on behalf of all parties except for the Cranford Defendants,[1] and also on behalf of the proposed intervenor Plaintiff Edith Moldonado. I have spoken with Moldonado's counsel Karyn White, Esq., and informed her that State Defendants do not oppose her client intervening under Fed. R. Civ. P. 24(b), and in light of that Ms. White agreed to partially withdraw the portion of her motion that seeks to intervene as of right under Fed. R. Civ. P. 24(a).

After conferring with counsel for existing Plaintiffs Thomas Stavola, Esq., and counsel for the Cherry Hill Defendants Jeffrey Shanaberger, Esq., they indicated to me, and asked me to convey to the court that, they also do not oppose Moldonado's motion to intervene to the extent that it relies upon Fed. R. Civ. P. 24(b).

---

[1] Counsel for the Cranford Defendants, Eric Harrison, Esq., has not yet responded to my emails regarding this submission, so I cannot make any representations on Cranford's behalf.

HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3100 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

    Please note that none of the Defendants, however, are waiving their right or ability to move to dismiss Moldonado's Complaint upon the court granting her motion and her Complaint being deemed filed. Thank you for your attention to this issue.

                              Respectfully submitted,

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                    By:  /s/Matthew J. Lynch
                              Matthew J. Lynch
                              Deputy Attorney General

Cc: All Counsel via ECF