

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

May 9, 2024

**<u>Via ECF</u>**
Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    <u>Short et al. v. New Jersey Department of Education, et al.</u>
             Docket No.: 1:23-cv-21105-ESK-EAP

Dear Judge Pascal:

      I am writing on behalf of State Defendants to request an adjournment of one motion cycle for the pending motion to dismiss the Intervenor Complaint. I have spoken with Intervenor Plaintiff Edith Moldonado's counsel Karyn White, Esq., and she has graciously consented to this request. The new motion return date for the motion to dismiss would be June 3, 2024 and State Defendant's new due date for their reply brief would be May 28, 2023. Thank you for your consideration of this request.

                           Respectfully submitted,

                           MATTHEW J. PLATKIN
                           ATTORNEY GENERAL OF NEW JERSEY

                 By:   /s/Matthew J. Lynch
                       Matthew J. Lynch
                       Deputy Attorney General



Cc: All Counsel via ECF