MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants New Jersey Department of Education and Acting Commissioner Kevin Dehmer

By:  Matthew Lynch
     Deputy Attorney General
     P: (609) 376-3100
     matthew.lynch@law.njoag.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| FREDERICK K. SHORT, JR., TAMATHA COSTELLO, <br><br> Plaintiffs, <br><br> v. <br><br> NEW JERSEY DEPARTMENT OF EDUCATION; ACTING COMMISSIONER ANGELICA ALLEN-MCMILLAN; CHERRY HILL BOARD OF EDUCATION; CHERRY HILL SCHOOL DISTRICT; CRANFORD PUBLIC SCHOOL DISTRICT; and CRANFORD BOARD OF EDUCATION, <br><br> Defendants. | <u>Civil Action</u> <br><br> No. 1:23-cv-21105 (ESK-EAP) <br><br> **CERTIFICATION OF SERVICE** |

I hereby certify that, on May 28, 2024, State Defendants' reply brief in support

of their Motion to Dismiss the Intervenor Complaint was electronically filed with

the Clerk of the United States District Court via CM/ECF, thereby serving all counsel of record.

    I certify the above with the knowledge that if any of these statements are false I may be subject to discipline.

                              MATTHEW J. PLATKIN
                              ATTORNEY GENERAL OF NEW JERSEY

                        By: /s/ Matthew Lynch
                              Matthew Lynch
                              Deputy Attorney General

Dated: May 28, 2023