AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Frederick K. Short, Jr., Tamatha Costello, Edith Maldor ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:23-cv-21105-ESK-EAP |
| New Jersey Department of Education et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Jersey Department of Education and Acting Commissioner Angelica Allen-McMillan.

Date: 06/10/2024

/s/ Liza B. Fleming
*Attorney's signature*

Liza B. Fleming (NJ# 441912023)
*Printed name and bar number*
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625
*Address*

Liza.Fleming@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

(609) 292-3508
*FAX number*