UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

JUNE 17, 2024
CAMDEN OFFICE                                     DATE OF PROCEEDINGS

U.S. DISTRICT JUDGE EDWARD S. KIEL
COURT REPORTER: Ann Marie Mitchell

Docket # 23-cv-21105 (ESK/EAP)

TITLE OF CASE:

Mr. FREDERICK K. SHORT JR., et al.
    Plaintiffs,
      v.
NEW JERSEY DEPARTMENT OF EDUCATION, et al.
    Defendants,

APPEARANCES:
Thomas W. Stavola, Jr., Esq. for Plaintiffs.
Karyn L. White, Esq. for Intervenor Maldonado.
Liza Fleming, Matthew Lynch, Meghan Musso, Jeremy Feigenbaum, Esqs. for Defendants NJ Dept. of Education.
Jeffrey L. Shanaberger, Esq. for Cherry Hill BOE.
Kajal Patel, Esq. fir Cranford BOE.

NATURE OF PROCEEDINGS:    MOTION HEARING
Hearing on defendant's [45] Motion to Dismiss Amended Complaint by NJ Department of Education and [54] Motion to Dismiss Intervenor Complaint;
Ordered counsel to submit a proposed scheduling order.
Ordered counsel to obtain the transcript of these proceedings.
Teams hearing set for Thursday, June 20, 2024 is canceled.
Opinion Order to be entered.

Time commenced: 10:06 a.m.   Time Adjourned: 10:48 a.m.
Total Time: 42 min.

s/*GN*
DEPUTY CLERK