**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #020931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendants, Cherry Hill Board
of Education and Cherry Hill School District

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK K. SHORT, JR., TAMATHA COSTELLO,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; ANGELICA ALLEN-MCMILLAN, Commissioner – New Jersey Department of Education, acting in her official capacity, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; CHERRY HILL BOARD OF EDUCATION, 45 Ranoldo Terrace, Cherry Hill, NJ 08034; CHERRY HILL SCHOOL DISTRICT, 45 Ranoldo Terrace, Cherry Hill, NJ 08034-0391; CRANFORD PUBLIC SCHOOL DISTRICT, 132 Thomas St., Cranford, NJ 07016; CRANFORD BOARD OF EDUCATION, 132 Thomas St., Cranford, NJ 07016,<br><br>Defendants. | Civil Action. No. 1:23-cv-21105-ESK-EAP<br><br>**Document electronically filed**<br><br><br>**NOTICE OF MOTION TO DISMISS INTERVENOR COMPLAINT PURSUANT TO F.R.CIV.P. 12(b)(1) and 12(b)(6)** |

TO:    Motions Clerk
       All Counsel of Record

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, on August 5, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the complaint of the Intervenor pursuant to F.R.Civ.P. 12(b)(1) and 12(b)(6) for its failure to state a claim due to plaintiff Maldonado's lack of standing.

HILL WALLACK LLP
Attorneys for Defendant, Cherry Hill
Board of Education

By:*/s/ Jeffrey L. Shanaberger*
     Jeffrey L. Shanaberger

Dated: July 8, 2024

1