**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #020931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendants, Cherry Hill Board
of Education and Cherry Hill School District

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK K. SHORT, JR., TAMATHA COSTELLO, <br><br>                Plaintiffs, <br><br>vs. <br><br>NEW JERSEY DEPARTMENT OF EDUCATION, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; ANGELICA ALLEN-MCMILLAN, Commissioner – New Jersey Department of Education, acting in her official capacity, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; CHERRY HILL BOARD OF EDUCATION, 45 Ranoldo Terrace, Cherry Hill, NJ 08034; CHERRY HILL SCHOOL DISTRICT, 45 Ranoldo Terrace, Cherry Hill, NJ 08034-0391; CRANFORD PUBLIC SCHOOL DISTRICT, 132 Thomas St., Cranford, NJ 07016; CRANFORD BOARD OF EDUCATION, 132 Thomas St., Cranford, NJ 07016, <br><br>                Defendants. | Civil Action. No. 1:23-cv-21105-ESK-EAP <br><br>**Document electronically filed** <br><br>**ORDER DISMISSING INTERVENOR COMPLAINT AGAINST CHERRY HILL BOARD OF EDUCATION AND CHERRY HILL SCHOOL DISTRICT** |

**THIS MATTER** having been opened to the Court on motion of Hill Wallack LLP, attorneys for defendant, Cherry Hill Board of Education (also named as Cherry Hill School District), for an Order of Dismissal of the complaint of the intervenor/plaintiff, Edith Maldonado, for lack of jurisdiction/standing and failure to state a claim upon which relief can be granted pursuant to F.R.Cv.P. 12(b)(1) and 12(b)(6); and the Court having considered the moving papers; the opposing papers; the reply papers; and for good cause shown

**IT IS** on this _____ day of _____, 2024

**ORDERED** that the motion to dismiss by defendants Cherry Hill Board of Education and Cherry Hill School District be and the same is hereby **GRANTED**; and it is further

**ORDERED** that the Intervenor Complaint against defendant, Cherry Hill Board of Education, also named as Cherry Hill School District, be and the same is hereby **DISMISSED** for failure to state a claim and lack of standing; and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel within \_\_\_\_\_ days hereof.

_____
Hon. Edward S. Kiel, U.S.D.J.