**HILL WALLACK LLP**
Jeffrey L. Shanaberger, Esq. – #020931983
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendants, Cherry Hill Board
of Education and Cherry Hill School District

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FREDERICK K. SHORT, JR., TAMATHA COSTELLO,<br><br>                    Plaintiffs,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; ANGELICA ALLEN-MCMILLAN, Commissioner – New Jersey Department of Education, acting in her official capacity, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; CHERRY HILL BOARD OF EDUCATION, 45 Ranoldo Terrace, Cherry Hill, NJ 08034; CHERRY HILL SCHOOL DISTRICT, 45 Ranoldo Terrace, Cherry Hill, NJ 08034-0391; CRANFORD PUBLIC SCHOOL DISTRICT, 132 Thomas St., Cranford, NJ 07016; CRANFORD BOARD OF EDUCATION, 132 Thomas St., Cranford, NJ 07016,<br><br>                    Defendants. | Civil Action. No. 1:23-cv-21105-ESK-EAP<br><br>**Document electronically filed**<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, I caused a copy of the defendants, Cherry Hill Board of Education and Cherry Hill School District's, Motion to Dismiss Intervenor Complaint Pursuant to F.R.Civ.P. 12(b)(1) and 12(b)(6) and supporting papers to be electronically filed with the Clerk of the District Court for the District of New Jersey, Trenton.

I also certify that on this day I caused a copy of the defendants' Motion and supporting papers to be served via electronic filing to all counsel of record.

**HILL WALLACK LLP**
Attorneys for Defendants,
Cherry Hill Board of Education and
Cherry Hill School District

By: /s/ *Jeffrey L. Shanaberger*
     Jeffrey L. Shanaberger, Esq.

Dated:       July 8, 2024