Thomas Stavola, Jr., Esq.; NJ Bar ID number: 380012022
Law Office of Thomas Stavola Jr. LLC
209 County Road 537, Colts Neck, NJ 07722
E: tstavolajr@stavolalaw.com  P: 732-539-7244
*Counsel for Plaintiff – Frederick K. Short Jr. and Tamatha Costello*

### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK K. SHORT JR., TAMATHA COSTELLO<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; ANGELICA ALLEN-MCMILLAN, Commissioner - New Jersey Department Of Education, acting in her official capacity, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; CHERRY HILL BOARD OF EDUCATION, 45 Ranoldo Terrace, Cherry Hill, NJ 08034; CHERRY HILL SCHOOL DISTRICT, 45 Ranoldo Terrace, Cherry Hill, NJ 08034-0391; CRANFORD PUBLIC SCHOOL DISTRICT, 132 Thomas St., Cranford, NJ 07016; CRANFORD BOARD OF EDUCATION, 132 Thomas St., Cranford, NJ 07016<br><br>Defendant(s). | Case No. 1:23-cv-21105-ESK-EAP<br><br>Judge Edward S. Kiel<br>Magistrate Judge Ann Marie Donio<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Thomas Stavola Jr., Esq., HEREBY CERTIFY that on July 12, 2024, I caused to be served true and correct copies of Plaintiffs' Opposition to Defendant Cherry Hill Board of Education's Motion for Judgement on the Pleadings in accordance with the Federal Rules of Civil Procedure, via the Court's CM/ECF system, upon all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.