UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREDERICK K. SHORT, JR.** and **TAMATHA COSTELLO,**<br><br>    Plaintiffs,<br><br>and<br><br>**EDITH MALDONADO**<br><br>    Intervenor Plaintiff,<br><br>v.<br><br>**NEW JERSEY DEPARTMENT OF EDUCATION,** *et al.***,**<br><br>    Defendants. | Case No. 23–21105–ESK–EAP<br><br><br>ORDER |

**THIS MATTER** having come before the Court on defendants New Jersey Department of Education and Angelica Allen-McMillan's (Moving Defendants) motions to dismiss the amended complaint of Frederick K. Short Jr. and Tamatha Costello (ECF No. 45) and intervenor complaint of Edith Maldonado (ECF No. 54); and for the reasons stated in the accompanying opinion,

    **IT IS** on this **15th** day of **July 2024**  **ORDERED** that:

    1.    Moving Defendants' motion to dismiss the amended complaint (ECF No. 45) is GRANTED.   Short and Costello's claims against Moving Defendants are dismissed without prejudice.

    2.    Moving Defendants' motion to dismiss the intervenor complaint (ECF No. 54) is GRANTED.   Maldonado's claims against Moving Defendants are dismissed without prejudice.

2

3. Short, Costello, and Maldonado are granted leave to file an amended complaint within 30 days of this order.

                                          */s/ Edward S. Kiel*
                                          **EDWARD S. KIEL**
                                          **UNITED STATES DISTRICT JUDGE**