

## METHFESSEL & WERBEL
A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
WILLIAM S. BLOOM>*
ERIC L. HARRISON*'+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE, III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>
JAMES P. CULLEN, JR.=^
THOMAS O. MULVIHILL>
JAMES FOXEN*
SARAH K. DELAHANT+
ATHINA L. CORNELL+
JEFFREY R. MERLINO>
JENNIFER A. OSBORNE+

Of Counsel
STEPHEN R. KATZMAN#
ED THORNTON>
MICHAEL TRIFIOLIS
BETH A. BOLGER+
PAUL E. GRIGGS>

Retired
JOHN METHFESSEL, SR.>
(1935-2017)
DON CROWLEY*'+
(1942-2024)
MARC DEMBLING*+
(1944-2022)

Counsel
ALLAN MAITLIN
SHAJI M. EAPEN+
ANGELA M. GURRERA>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH=
CHARLES T. MCCOOK, JR.*>
CHRISTINA MICHELSON+
RICHARD A. NELKE~
STEVEN K. PARNESS+
RAINA M. PITTS^
AMANDA J. SAWYER^
JARED S. SCHURE>
STEVEN A. UNTERBURGER+

Associates
JILLIAN T. CLARK>
EDWARD D. DEMBLING>
MICHAEL R. EATROFF>
FRANK J. KEENAN+^
SCOTT KETTERER>

ASHLEY E. SLININKE>
ASHLEY E. MALANDRE^
ANTHONY J. MANCUSO>
KAJAL J. PATEL+
ADAM M. SCHWARTZ+
SARAH E. SHEPP+
ALYCIA M. SWIFT+
TIFFANY D. TAGARELLI>

* Certified by the Supreme Court of
  New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
=Member of NY Bar only
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
<Member of NJ, NY & CA Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of NY, NJ & MA Bar

Please reply to New Jersey

# ORDER

August 5, 2024

**VIA ELECTRONIC FILING**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Clarkson S. Fisher Fed. Bldg.
402 East State Street
Trenton, NJ 08608

RE:   **FREDERICK K. SHORT JR. AND TAMATHA COSTELLO VS. NEW
      JERSEY DEPARTMENT OF EDUCATION, ET AL.**
      Our File No.      : 94305 ELH
      Docket No.        : 1:23-CV-21105-ESK-EAP

Dear Judge Kiel:

This office represents Defendant Cranford Board of Education in the above-referenced matter. Due to an inadvertent calendaring error, Defendant respectfully requests leave to file a Reply to Plaintiff's Opposition (ECF No. 91) to Defendant's motion to dismiss (ECF No. 76) by Wednesday, August 7, 2024.

I thank Your Honor for the Court's courtesies and attention to this matter.

**So Ordered.**

_____/s/ Edward S. Kiel_____
**Edward S. Kiel, U.S.D.J.**
**Date: August 7, 2024**

ELH:KJP

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

_Kajal Patel_

Kajal J. Patel
kpatel@methwerb.com
Ext. 190

2025 Lincoln Highway · Suite 200 · P.O. Box 3012 · Edison, NJ 08818 · (732) 248-4200 · FAX (732) 248-2355
112 West 34th Street · 17th Floor · New York, NY 10120 · (212) 947-1999 · FAX (212) 947-3332
One Liberty Place · 1650 Market St., 36th Floor · Philadelphia, PA 19103 · (215) 665-5622 · FAX (215) 665-5623
101 Federal Street · Suite 1900 · Boston, MA 02110 · (617) 204-5630 · FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 94305 ELH
Page 2

cc:    **VIA ELECTRONIC FILING**
       **VIA EMAIL: tstavolajr@stavolalaw.com**
       Thomas Stavola Jr., Esq.
       Law Office of Thomas Stavola, Jr. LLC
       209 County Road 537
       Colts Neck, NJ 07722

       **VIA EMAIL: jshanaberger@hillwallack.com**
       Jeffrey Shanaberger Esq.
       21 Roszel Road P.O. Box 5226
       Princeton, NJ 08543-5226

       **VIA EMAIL: matthew.lynch@dol.lps.state.nj.us**
       Matthew Jon Lynch, Assistant Chief, Deputy Attorney General
       State of New Jersey
       Office of the Attorney General
       25 Market Street
       Trenton, NJ 08611