UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREDERICK K. SHORT, JR.** and **TAMATHA COSTELLO,**<br><br>Plaintiffs,<br><br>and<br><br>**EDITH MALDONADO**<br><br>Intervenor Plaintiff,<br><br>v.<br><br>**NEW JERSEY DEPARTMENT OF EDUCATION,** *et al.*,<br><br>Defendants. | Case No. 23–cv–21105–ESK–EAP<br><br>ORDER |

**THIS MATTER** having come before the Court on defendants Cranford Public Schools and Cranford High School's (Cranford Defendants) motion for judgment on the pleadings as to the amended complaint (ECF No. 76) and defendants Cherry Hill Board of Education and Cherry Hill School District's (Cherry Hill Defendants) motion for judgment on the pleadings as to the amended complaint (ECF No. 78) and motion to dismiss the intervenor complaint (ECF No. 79); and for the reasons stated in the accompanying opinion,

**IT IS** on this **28th** day of **March 2025** **ORDERED** that:

1. Cranford Defendants' motion at ECF No. 76 is **GRANTED**. Plaintiff Tamatha Costello's claims against Cranford Defendants in the amended complaint (ECF No. 6) are **DISMISSED WITHOUT PREJUDICE**.

2

2. Cherry Hill Defendants' motion at ECF No. 78 is **GRANTED**. Plaintiff Frederick K. Short's claims against Cherry Hill Defendants in the amended complaint (ECF No. 6) are **DISMISSED WITHOUT PREJUDICE**.

3. Cherry Hill Defendants' motion at ECF No. 79 is **GRANTED**. Intervenor plaintiff Edith Maldonado's claims against Cherry Hill Defendants in the intervenor complaint (ECF No. 44) are **DISMISSED WITHOUT PREJUDICE**.

4. Short, Costello, and Maldonado shall file letters on the docket within 30 days of this order indicating whether they intend to file amended pleadings. Any amended pleading shall comply with the requirements of Local Civil Rule 15.1.

                                                  */s/ Edward S. Kiel*
                                                  **EDWARD S. KIEL**
                                                  **UNITED STATES DISTRICT JUDGE**