Tamatha Costello *Plaintiff*

SHORT JR et al v. NEW JERSEY DEPARTMENT OF EDUCATION et al
CASE #: 1:23-cv-21105-ESK-EAP

April 7, 2025

**The Honorable Judge Edward S. Kiel**
**United States District Court**
Mitchell H Cohen Bldg & US Courthouse
4th and Cooper Streets Rm 1050
Camden, NJ 08101



**Re: Request for Extension to File Amended Pleading and for Docket Entry - Case No. 1:2023cv21105**

Dear Judge Kiel,

I hope this letter finds you well. I am writing to respectfully submit this request for an extension to file an amended pleading in my case referenced above. In addition, I kindly ask that the clerk be instructed to enter this letter into the docket accordingly.

The reason for my request is that my attorney is no longer representing me, which has left me in the process of seeking new legal counsel. Given the complexities of my case, I believe it is imperative to secure appropriate representation before proceeding with the amendment.

I kindly ask for additional time to allow me to find suitable legal counsel, as this will ensure that my amended pleading is thoroughly prepared and accurately reflects my intentions in this matter. I appreciate your understanding regarding my situation and am committed to following the court's procedures responsibly.

I thank Your Honor for the Court's courtesies and attention to this matter.

Sincerely,
Tamatha Costello

*Tamatha Costello*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day of April 7th, 2025, I served a true and correct copy of the foregoing by depositing in the U.S. Postal Mails, with prepaid postage for delivery by first class mail, upon counsel of record for all the parties as follows:

**ERIC L. HARRISON**
METHFESSEL & WERBEL, ESQS.
2025 LINCOLN HIGHWAY
PO BOX 3012
SUITE 200
EDISON, NJ 08818-3012

*representing* **CRANFORD BOARD OF EDUCATION**
**CRANFORD SCHOOL DISTRICT**
*(Defendant)*


**JEFFREY L. SHANABERGER**
HILL WALLACK, LLP
21 ROSZEL ROAD
P.O. BOX 5226
PRINCETON, NJ 08543-5226

*representing* **CHERRY HILL BOARD OF EDUCATION**
**CHERRY HILL SCHOOL DISTRICT**
*(Defendant)*


**THOMAS STAVOLA JR**
LAW OFFICE OF THOMAS STAVOLA, JR LLC
209 COUNTY ROAD 537
COLTS NECK, NJ 07722

*representing* **Mr. FREDERICK K. SHORT JR.**
*(Plaintiff)*


**KARYN L. WHITE**
PACIFIC JUSTICE INSTITUTE- NJ OFFICE
P.O. BOX 276600
SACRAMENTO, CA 95827

*representing* **EDITH MALDONADO**
*(Intervenor Plaintiff)*


*Tamatha Costello*
Tamatha Costello
Plaintiff

Costello
Case # 1:23-cv-21105

The Honorable Judge Edward A. Kiel
United States District Court
Mitchell H. Cohen Bldg. & US Courthouse
4th & Cooper Streets Rm 1050
Camden NJ 08101