Thomas Stavola, Jr., Esq.; NJ Bar ID number: 380012022
Law Office of Thomas Stavola Jr. LLC
209 County Road 537, Colts Neck, NJ 07722
E: tstavolajr@stavolalaw.com  P: 732-539-7244

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERICK K. SHORT JR., TAMATHA COSTELLO<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF EDUCATION, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; ANGELICA ALLEN-MCMILLAN, Commissioner - New Jersey Department Of Education, acting in her official capacity, 100 River View Plaza, PO Box 500, Trenton, NJ 08625-0500; CHERRY HILL BOARD OF EDUCATION, 45 Ranoldo Terrace, Cherry Hill, NJ 08034; CHERRY HILL SCHOOL DISTRICT, 45 Ranoldo Terrace, Cherry Hill, NJ 08034-0391; CRANFORD PUBLIC SCHOOL DISTRICT, 132 Thomas St., Cranford, NJ 07016; CRANFORD BOARD OF EDUCATION, 132 Thomas St., Cranford, NJ 07016<br><br>Defendant(s). | Case No. 1:23-cv-21105-ESK-EAP<br><br>Judge Edward S. Kiel<br><br>Magistrate Judge Elizabeth A. Pascal<br><br>**DECLARATION OF THOMAS STAVOLA JR. ESQ.** |

Pursuant to 28 U.S.C. § 1746(2), I, Thomas Stavola Jr. Esq., hereby declare:

1. On April 14, 2025, in the Court's order setting a hearing for May 7, 2025, it ordered that Plaintiffs' counsel shall send a copy of said Order to Plaintiffs via regular mail and certified mail, return receipts requested, and that counsel shall file proof of service on the docket.

2. On April 15, 2025, I served a copy of the Court's Order dated April 14, 2025, setting a hearing on my motion to withdraw as counsel, on Plaintiffs Short and Costello by both regular mail and certified mail (return receipt requested) to Plaintiffs' addresses. The certified mail tracking numbers are: 1) 9589-0710-5270-2448-2177-40 (Plaintiff Short); 2) 9589-0710-5270-2448-2177-57 (Plaintiff Costello). The return receipt tracking numbers are: 1) 9590-9402-8818-4005-6869-74 (Plaintiff Short), 2) 9590-9402-8818-4005-6869-67 (Plaintiff Costello).

3. Filed in connection with this Declaration are scanned copies of the certified mail return receipts, signed, with Plaintiffs' respective address locations redacted. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 21, 2025

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.

## CERTIFICATE OF SERVICE

I, Thomas Stavola Jr., Esq., HEREBY CERTIFY that on April 21, 2025, I caused to be served true and correct copies of 1) Redacted Return Receipts, and 2) Declaration of Thomas Stavola Jr. Esq., in accordance with the Federal Rules of Civil Procedure, via the Court's CM/ECF system, upon all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ Thomas Stavola Jr. Esq.*
Thomas Stavola Jr. Esq.