

**PJI**

**ALBANY**
**NEW YORK**

**ATLANTIC CITY**
**NEW JERSEY**

**BALTIMORE**
**MARYLAND**

**BILOXI**
**MISSISSIPPI**

**BOSTON**
**MASSACHUSETTS**

**CHICAGO**
**ILLINOIS**

**CINCINNATI**
**OHIO**

**COEUR D'ALENE**
**IDAHO**

**COLUMBUS**
**OHIO**

**DENVER**
**COLORADO**

**DETROIT**
**MICHIGAN**

**GALVESTON**
**TEXAS**

**HONOLULU**
**HAWAII**

**HOUSTON**
**TEXAS**

**IOWA CITY**
**IOWA**

**LAKE CHARLES**
**LOUISIANA**

**MIAMI**
**FLORIDA**

**MILWAUKEE**
**WISCONSIN**

**NASHVILLE**
**TENNESSEE**

**NEW YORK**
**NEW YORK**

**PHILADELPHIA**
**PENNSYLVANIA**

**RENO**
**NEVADA**

**SACRAMENTO**
**CALIFORNIA**

**SALEM**
**OREGON**

**SAN FRANCISCO**
**CALIFORNIA**

**SANTA ANA**
**CALIFORNIA**

**SEATTLE**
**WASHINGTON**

**SPOKANE**
**WASHINGTON**

**TRI CITIES**
**WASHINGTON**

**TUCSON**
**ARIZONA**

**WINSTON-SALEM**

April 22, 2025

<u>Via ECF</u>

Honorable Edward S. Kiel, U.S.D.J.
United States District Court - District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Sts.
Camden, NJ 08101

RE:   SHORT JR et al. v. NEW JERSEY DEPARTMENT OF EDUCATION, et al.
      Case No. 1:23-cv-21105-ESK-EAP

Dear Judge Kiel:

Kindly accept this correspondence pursuant to the Court's March 28, 2025 Order granting Defendant Cherry Hill Board of Education and Cherry Hill School District's Motion to Dismiss the Intervenor Complaint's wherein the Court instructed Ms. Maldonado to file a letter on the docket within 30 days of the order indicating whether she intends to file amended pleadings.

Intervenor Plaintiff Maldonado will not file any amended pleadings in response to the Court's March 28, 2025 Order granting dismissal without prejudice.

Additionally, Intervenor Plaintiff Maldonado respectfully requests that the Court excuse the undersigned, counsel for Intervenor Plaintiff Maldonado, from appearing at the hearing set for May 7, 2025 at 3:30 p.m., which shall determine Plaintiff Costello's legal representation in the matter and her request for an extension of time to file an amended pleading, as the issues therein do not apply or involve Intervenor Plaintiff Maldonado.

Thank you for your consideration and assistance.

Respectfully submitted,

s/**Karyn L. White**

Karyn L. White, Esquire
Attorney for Intervenor