

Law Office of Thomas Stavola, Jr., LLC
209 County Road 537, Colts Neck, NJ 07722
P: 732-790-0639  E: tstavolajr@stavolalaw.com

May 9, 2025

**VIA ECF**

Elizabeth A. Pascal, United States Magistrate Judge for the District of New Jersey
United States District Court - District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper St. Camden, NJ 08101
Courtroom 5C

**RE: SHORT JR et al. v. NEW JERSEY DEPARTMENT OF EDUCATION, et al. Case No. 1:23-cv-21105-ESK-EAP**

Dear Judge Pascal:

Pursuant to the Court's Order (ECF 105), the Court directed Plaintiffs' counsel to provide Plaintiff Tamatha Costello with a full and complete copy of her file, including all discovery. This letter serves to notify the Court that I have completed that action. Additionally, a copy of the Court's Order (ECF 105) has been sent to each Plaintiff.

Respectfully submitted,

*/s/ Thomas Stavola, Jr.*
Thomas Stavola, Jr., Esq.
NJ Bar ID number: 380012022
Law Office of Thomas Stavola, Jr., LLC
209 County Road 537
Colts Neck, NJ 07722
E: tstavolajr@stavolalaw.com
P: 732-790-0639