THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **FREDERICK K. SHORT, JR., et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**NEW JERSEY DEPARTMENT OF EDUCATION, et al.,**<br><br>**Defendants.** | **Civil No. 23-21105 (ESK/EAP)** |

**ORDER**

This matter comes before the Court on Plaintiff Tamatha Costello's June 27, 2025 letter to the Court, ECF No. 107, seeking to transfer this case to the Newark vicinage and for an extension of time in which to find counsel, or alternatively, to dismiss the case without prejudice; and

**WHEREAS**, the Court granted counsel for Plaintiff Costello leave to withdraw on May 7, 2025.  *See* ECF No. 105.  In that same Order, the Court directed that "[n]o later than July 7, 2025, Plaintiff Tamatha Costello shall obtain new counsel and have new counsel enter an appearance on the record.  If new counsel's appearance is not entered by July 7, 2025, Plaintiff Costello shall be deemed to be proceeding *pro se*."  *Id.*; and

**WHEREAS**, no new counsel has entered an appearance on the docket on Plaintiff Costello's behalf, *see generally* Dkt. Sheet; and

**WHEREAS**, on June 27, 2025, Plaintiff sent a letter to the Court, stating in pertinent part:

> Unfortunately, I have not yet been able to find an attorney to represent me in this matter, despite my diligent attempts with multiple attorneys.  Part of the difficulty is the location of this case in Camden concerning a dispute in northern New Jersey.  The lead plaintiff who filed this lawsuit in Camden is no longer a participant.

> I do not feel I can handle this matter on my own without an attorney to represent me. I do not want my home address to be posted on the public docket, and continue to ask that this not be done.
>
> I respectfully request an additional extension of sixty (60) days for me to obtain counsel and to file any amended pleading. I also request that this matter be transferred to the federal district court in Newark, which is not far from where all the parties are located and where this dispute arose. If none of this is possible, then I request a dismissal without prejudice to my refiling this case, which is less desirable due to the filing fee, with counsel in federal court in Newark.

ECF No. 107; and

**WHEREAS**, absent a properly-filed motion to transfer venue, Plaintiff's request to transfer the case to Newark cannot be granted; and

**WHEREAS**, Plaintiff Costello's letter requests an *additional* two months in which to obtain new counsel and clearly expresses her desire to have this case dismissed without prejudice in the event that she cannot secure new counsel; therefore

**IT IS** this **9th** day of **July 2025**;

**ORDERED** that this action and any pending motions are hereby **ADMINISTRATIVELY TERMINATED**; and it is further

**ORDERED** that this Order shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that, within **sixty (60) days** after entry of this Order, Plaintiff Costello shall have new counsel enter his/her appearance on the record; and it is further

**ORDERED** that, absent the entry of appearance of counsel on the record on Plaintiff Costello's behalf within sixty (60) days, the Court will grant Plaintiff Costello's request by reopening this case and dismissing this action without prejudice and without costs; and it is further

2

**ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff Tamatha Costello and shall note on the docket the date this Order was mailed.

s/Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.